**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 119 EAL 2023

          Respondent

                                  :  Petition for Allowance of Appeal
                                  :  from the Order of the Superior Court

          v.                         :

FRANCISCO GUZMAN,               :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.